Thomas HENDRICKSON; Robert B. McCullough; Eric Garnett; Robert Edgar; Raymond Crowhorn; Gregory Johnson; Michael Martin; Rogelio Cordero; Willie C. Land; Jerome Winfield; Darrell Middleton; Nathaniel Bagwell; Daniel Robinson; Matthew Moses; Daniel Torres; Domingo Torres; Benjamin Crump; James Dyton; Karl Frederick; Jay Morris; Charles Scott; Na'Eem O. Biddle; George Hamilton; Hugh Lolley; Anthony Ray Casson; David Cutshaw; Guy Smith; Daniel M. Paskins, Jr.; Jerrin Wright; Michael Rogers; Mark Legg; Christopher Clohecy; Kenneth Lee Jones; Peter M. Schellinger; Cedric McGriff; Tarshawn Frisby; Joshua Holmes; Brian Francisco; Billy R. Williams; Sylvester Harmon; Wallace Harden; Steven Brown; Edwin Frady; Edward F. Merkel; Robert William Johnson, Jr.; Kim Taylor; Olden R. Thomas, II; Elliot L. Webb; Lakee Adbelqudus; Dentonio Bailey; Kevin Washington; Ronald K. Kline; Michael D. Moore; Shawn Briscoe; William A. Johnson; Harold Robinson; David T. Lewis; Tim Murdter; Mark O'Neal; Walter Bosman; Frederick Rupp; Dennis Santiago; Fred Dejohn; Cecil Browne; Eugene Lancey; Robert Rampmeyer; Tony Caldwell; Dennis Smith; James Jay Yates; Steve Johnson; Charles Beeler; Clinton Porter; Michael Puff; Jose L. Andino; Sean Dahl; James P. Sanchez; Victor A. Hart; Oris C. Smiley, III; Alberto Miranda; Clyde F. Evans; Ronald A. Stewart; Thomas Francks; Jerry

Payne; George Thodos; Paul Lord; Linford Fisher; John Diggs; Tory Braxton; Bruce Potter; Deion L. Brown, Sr.; Cecil Earl Mills; Mike Alexander; Capone Romeo; Jose Berrius; Reginald McRae; Jaron Bennefield; Tyrence Purnell; Aristotle Johnson; Tyrone Dupree; Nehemiah Charles; Steve Anderson; Traun Bunson; Michael Bridges; Dammeyin A. Johnson; Jay Scott; Dion Cole; Joe Kiblur; Michael Merth; Lester R. Minner, Jr.; Anthony Brooks, Jr.; Ricardo Munez; John Cartanza; Eugene Caldwell; Michael Warncke; Jack W. Wolf; Olanlee Anderson; Antione Hannah; Khalid Horne; Frederick W. Smith, Jr.; Larry D. Floyd; Leon S. Hazzard; Herbert Thompson; Samuel H. Brown; Charles E. Slater; Lloyd Welch; Rodney Barlow; Mark A. Spruance; James Nelson; Richard Perez; Tim Simon; Pete C. Anderson; Ricky A. Whitfield–Bey; Justin L. Burrell; Edward A. Fauntein, Jr; Huey Timmon; Carlton Farber; William Dounesh; D. Griffith; Jose Cruz; Issac M. Redding; Luis Maldanado; Sidney Bumbrey; Chris Johnson; Greg Davis; Joseph Colutiano; Harkeem Rogiers; Lionel Walley; Frederick Terrer; Randolph Clayton; Wilbert Holloway; James E. Harris, Jr.; Jason Vinckx; William Garlic; Ralph Smith; Elmer T. Miller; Arthur C. Wolfe; Michael Speicher; Jaruis Sturgis; Leslie Dickson; Charles Abney; Kenny Hyre; Christopher John; Edward R. Mattingly; Ramiro Castrejon; Ronell Morris; Tony Sellman; William McGinnis; Teddy Banks; Benjamin Council; Eddie Kline; Jamie Anderson; Thomas Spencer; Caran Alexander Tedder; Richard Shockley; Paul J. Proper; Brian Hill; Charles Vanderhoof; Michael Dennison; Kevin States; Detlef F. Hartmann; Miquel Serpa; Hugh McCafferty; Henry A. Hadaway; Roy L. Alford; Jesse L. Spencer; Daryl Avorus; Henry Zowes; Jerome Clark; Joseph S. Paczkowski; Sadi Sandoz; Howard Dear; Aaron Langley; Kelvin Martin; Shawn Olsen; Donald Fenimore; Paul Delar; James E. Flowers; Robert W. Bolden, Jr.; Rakim Rashad; Thomas A. Hollingsworth, Jr.; William Hawkins; Aaron K. Carter; Michael K. Duke; James Vanarsdall; Paul Wells; John A. Dicriscio; Rolando S. Maxwell; Victor Harmon; James McCullin; Anthony Rhea; John A. Taylor; David L. Mayfield; Maurice Caroll Land; Christopher Porter; Greg Savage; Warren Reid

v.

Michael McCREANOR; Betty Burris; F. Dixon; L. Smith; Capt. Cain; C. Outten; Edward Wallach; Jeff Crothers; Thomas L. Carroll; Stanley Taylor; Jane Brady; Andre R. Jackson; Bill Cordel; Capt. Hazzard; Lt. Harvery; Wilfred Beckles; Lt. Willey; Lt. Satterfield

Detlef F. Hartmann; William J. Hawkins, Appellants.

No. 05–4340.

United States Court of Appeals, Third Circuit.

Submitted for Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B) Sept. 8, 2006.

Filed: Oct. 5, 2006.

Thomas Hendrickson, Smyrna, DE, pro se.

Robert B. McCullough, Smyrna, DE, pro se.

Eric Garnett, Smyrna, DE, pro se.

Robert Edgar, Smyrna, DE, pro se.

Raymond Crowhorn, Smyrna, DE, pro se.

Gregory Johnson, Smyrna, DE, pro se.

Michael Martin, Smyrna, DE, pro se.

Rogelio Cordero, Smyrna, DE, pro se.

Willie C. Land, Smyrna, DE, pro se.

Jerome Winfield, Smyrna, DE, pro se.

Darrell Middleton, Smyrna, DE, pro se.

Nathaniel Bagwell, Smyrna, DE, pro se.

Daniel Robinson, Smyrna, DE, pro se.

Matthew Moses, Smyrna, DE, pro se.

Daniel Torres, Wilmington, DE, pro se.

Domingo Torres, Smyrna, DE, pro se.

Benjamin Crump, Smyrna, DE, pro se.

James Dyton, Smyrna, DE, pro se.

Karl Frederick, Smyrna, DE, pro se.

Jay Morris, Smyrna, DE, pro se.

Charles Scott, Smyrna, DE, pro se.

Na'Eem O. Biddle, Smyrna, DE, pro se.

George Hamilton, Smyrna, DE, pro se.

Hugh Lolley, Smyrna, DE, pro se.

Anthony Ray Cassonsmyrna, Smyrna, DE, pro se.

David Cutshaw, Smyrna, DE, pro se.

Guy Smith, Smyrna, DE, pro se.

Daniel M. Paskins, Jr., Smyrna, DE, pro se.

Jerrin Wright, Smyrna, DE, pro se.

Michael Rogers, Smyrna, DE, pro se.

Mark Legg, Smyrna, DE, pro se.

Christopher Clohecy, Smyrna, DE, pro se.

Kenneth Lee Jones, Smyrna, DE, pro se.

Peter M. Schellinger, Smyrna, DE, pro se.

Cedric McGriff, Smyrna, DE, pro se.

Tarshawn Frisby, Smyrna, DE, pro se.

Joshua Holmes, Smyrna, DE, pro se.

Brian Francisco, Smyrna, DE, pro se.

Billy R. Williams, Smyrna, DE, pro se.

Sylvester Harmon, Smyrna, DE, pro se.

Wallace Harden, Smyrna, DE, pro se.

Steven Brown, Smyrna, DE, pro se.

Edwin Frady, Smyrna, DE, pro se.

Edward F. Merkel, Smyrna, DE, pro se.

Robert William Johnson, Smyrna, DE, pro se.

Kim Taylor, Smyrna, DE, pro se.

Olden R. Thomas II, Smyrna, DE, pro se.

Elliot L. Webb, Smyrna, DE, pro se.

Lakee Adbel–Qudus, Smyrna, DE, pro se.

Dentonio Bailey, Smyrna, DE, pro se.

Kevin Washington, Smyrna, DE, pro se.

Ronald K. Kline, Smyrna, DE, pro se.

Michael D. Moore, Smyrna, DE, pro se.

Shawn Briscoe, Smyrna, DE, pro se.

William A. Johnson, Smyrna, DE, pro se.

Harold Robinson, Smyrna, DE, pro se.

David T. Lewis, Smyrna, DE, pro se.

Tim Murdter, Smyrna, DE, not participating.

Mark O'Neal, Smyrna, DE, pro se.

Walter Bosman, Smyrna, DE, pro se.

Frederick Rupp, Smyrna, DE, pro se.

Dennis Santiago, Smyrna, DE, pro se.

Fred Dejohn, Smyrna, DE, pro se.

Cecil Browne, Smyrna, DE, pro se.

Eugene Lancey, Smyrna, DE, pro se.

Robert Rampmeyer, Smyrna, DE, pro se.

Tony Caldwell, Smyrna, DE, pro se.

Dennis Smith, Smyrna, DE, pro se.

James Jay Yates, Smyrna, DE, pro se.

Charles Beeler, Smyrna, DE, pro se.

Clinton Porter, Smyrna, DE, pro se.

Michael Puff, Smyrna, DE, pro se.

Jose L. Andino, Smyrna, DE, pro se.

Sean Dahl, Smyrna, DE, pro se.

James P. Sanchez, Smyrna, DE, pro se.

Victor A. Hart, Smyrna, DE, pro se.

Oris C. Smiley, Smyrna, DE, pro se.

Alberto Miranda, Smyrna, DE, pro se.

Clyde F. Evans, Smyrna, DE, pro se.

Ronald A. Stewart, Smyrna, DE, pro se.

Thomas Francks, Smyrna, DE, pro se.

Jerry Payne, Smyrna, DE, pro se.

George Thodos, Smyrna, DE, pro se.

Paul Lord, Smyrna, DE, pro se.

Linford Fisher, Smyrna, DE, pro se.

John Diggs, Smyrna, DE, pro se.

Tory Braxton, Smyrna, DE, pro se.

Bruce Potter, Smyrna, DE, pro se.

Deion L. Brown, Smyrna, DE, pro se.

Cecil Earl Mills, Smyrna, DE, pro se.

Mike Alexander, Smyrna, DE, pro se.

Capone Romeo, Smyrna, DE, pro se.

Jose Berrius, Smyrna, DE, pro se.

Reginald McRae, Smyrna, DE, pro se.

Jaron Bennefield, Smyrna, DE, pro se.

Tyrence Purnell, Smyrna, DE, pro se.

Aristotle Johnson, Smyrna, DE, pro se.

Tyrone Dupree, Smyrna, DE, pro se.

Nehemiah Charles, Smyrna, DE, pro se.

Steve Anderson, Smyrna, DE, pro se.

Traun Bunson, Smyrna, DE, pro se.

Michael Bridges, Smyrna, DE, pro se.

Dammeyin A. Johnson, Smyrna, DE, pro se.

Jay Scott, Smyrna, DE, pro se.

Dion Cole, Smyrna, DE, pro se.

Joe Kiblur, Smyrna, DE, pro se.

Michael Merth, Smyrna, DE, pro se.

Lester R. Minner, Smyrna, DE, pro se.

Anthony Brooks, Jr., Smyrna, DE, pro se.

Ricardo Munez, Smyrna, DE, pro se.

John Cartanza, Smyrna, DE, pro se.

Eugene Caldwell, Smyrna, DE, pro se.

Michael Warncke, Smyrna, DE, pro se.

Jack William Wolf, Smyrna, DE, pro se.

Olanlee Anderson, Smyrna, DE, pro se.

Antione Hannah, Smyrna, DE, pro se.

Khalid Horne, Smyrna, DE, pro se.

Frederick W. Smith, Jr., Smyrna, DE, pro se.

Larry D. Floyd, Smyrna, DE, pro se.

Leon S. Hazzard, Smyrna, DE, pro se.

Herbert Thompson, Smyrna, DE, pro se.

Samuel H. Brown, Smyrna, DE, pro se.

Charles E. Slater, Smyrna, DE, not participating.

Lloyd Welch, Smyrna, DE, pro se.

Rodney Barlow, Smyrna, DE, pro se.

Mark A. Spruance, Smyrna, DE, pro se.

James Nelson, Smyrna, DE, pro se.

Richard Perez, Smyrna, DE, pro se.

Tim Simon, Smyrna, DE, pro se.

Pete C. Anderson, Smyrna, DE, pro se.

Ricky A. Whitfield–Bey, Smyrna, DE, pro se.

Justin L. Burrell, Smyrna, DE, pro se.

Edward A. Fauntein, Smyrna, DE, pro se.

Huey Timmon, Smyrna, DE, pro se.

Carlton Farber, Smyrna, DE, pro se.

William Dounesh, Smyrna, DE, pro se.

D. Griffith, Smyrna, DE, pro se.

Jose Cruz, Smyrna, DE, pro se.

Issac M. Redding, Smyrna, DE, pro se.

Luis Maldanado, Smyrna, DE, pro se.

Sidney Bumbrey, Smyrna, DE, pro se.

Chris Johnson, Smyrna, DE, pro se.

Greg Davis, Smyrna, DE, pro se.

Joseph Colutiano, Smyrna, DE, pro se.

Harkeem Rogiers, Smyrna, DE, pro se.

Lionel Walley, Smyrna, DE, pro se.

Frederick Terrer, Smyrna, DE, pro se.

Randolph Clayton, Smyrna, DE, pro se.

Wilbert Holloway, Smyrna, DE, pro se.

James E. Harris, Jr., Smyrna, DE, pro se.

Jason Vinckx, Smyrna, DE, pro se.

William Garlic, Smyrna, DE, pro se.

Ralph Smith, Smyrna, DE, pro se.

Elmer T. Miller, Smyrna, DE, pro se.

Arthur C. Wolfe, Smyrna, DE, pro se.

Michael Speicher, Smyrna, DE, pro se.

Jaruis Sturgis, Smyrna, DE, pro se.

Leslie Dickson, Smyrna, DE, pro se.

Charles Abney, Smyrna, DE, pro se.

Kenny Hyre, Smyrna, DE, pro se.

Christopher John, Smyrna, DE, pro se.

Edward R. Mattingly, Smyrna, DE, pro se.

Ramiro Castrejon, Smyrna, DE, pro se.

Ronell Morris, Smyrna, DE, pro se.

Tony Sellman, Smyrna, DE, pro se.

William McGinnis, Smyrna, DE, pro se.

Teddy Banks, Smyrna, DE, pro se.

Benjamin Council, Smyrna, DE, pro se.

Eddie Kline, Smyrna, DE, pro se.

Jamie Anderson, Smyrna, DE, pro se.

Thomas Spencer, Smyrna, DE, pro se.

Caran Alexander Tedder, Smyrna, DE, pro se.

Richard Shockley, Smyrna, DE, pro se.

Paul J. Proper, Smyrna, DE, pro se.

Brian Hill, Smyrna, DE, pro se.

Charles Vanderhoof, Smyrna, DE, pro se.

Michael Dennison, Smyrna, DE, pro se.

Kevin States, Smyrna, DE, pro se.

Detlef F. Hartmann, Smyrna, DE, pro se.

Miquel Serpa, Smyrna, DE, pro se.

Hugh McCafferty, Smyrna, DE, pro se.

Henry A. Hadaway, Smyrna, DE, pro se.

Roy L. Alford, Smyrna, DE, pro se.

Jesse L. Spencer, Smyrna, DE, pro se.

Daryl Avorus, Smyrna, DE, pro se.

Henry Zowes, Smyrna, DE, pro se.

Jerome E. Clark, Smyrna, DE, pro se.

Joseph S. Paczkowski, Smyrna, DE, pro se.

Sadi Sandoz, Smyrna, DE, pro se.

Howard Dear, Smyrna, DE, pro se.

Aaron Langley, Smyrna, DE, pro se.

Kelvin Martin, Smyrna, DE, pro se.

Shawn Olsen, Smyrna, DE, pro se.

Donald Fenimore, Smyrna, DE, pro se.

Paul Delar, Smyrna, DE, pro se.

James E. Flowers, Smyrna, DE, pro se.

Robert W. Bolden, Jr., Smyrna, DE, pro se.

Rakim Rashad, Smyrna, DE, not participating.

Thomas A. Hollingsworth, Jr., Smyrna, DE, pro se.

William Hawkins, Smyrna, DE, pro se.

Aaron K. Carter, Smyrna, DE, pro se.

Michael K. Duke, Smyrna, DE, pro se.

James Vanarsdall, Smyrna, DE, pro se.

Paul Wells, Smyrna, DE, pro se.

John A. Dicriscio, Smyrna, DE, pro se.

Rolando S. Maxwell, Smyrna, DE, pro se.

Victor Harmon, Smyrna, DE, pro se.

James McCullin, Smyrna, DE, pro se.

Anthony Rhea, Smyrna, DE, pro se.

John A. Taylor, Smyrna, DE, pro se.

David L. Mayfield, Smyrna, DE, pro se.

Maurice Caroll Land, Smyrna, DE, pro se.

Christopher Porter, Smyrna, DE, pro se.

Greg Savage, Smyrna, DE, pro se.

Warren Reid, Smyrna, DE, pro se.

Steve Johnson, Smyrna, DE, pro se.

Eileen K. Kelly, Department of Justice, Wilmington, DE, for Plaintiff.

Present: FUENTES, VAN ANTWERPEN and CHAGARES, Circuit Judges.

OPINION

PER CURIAM.

Thomas Hendrickson and other inmates incarcerated at the Delaware Correctional Center ("DCC") filed suit against officials there under 42 U.S.C. § 1983, alleging violations of their rights under the First, Eighth, and Fourteenth Amendments because inmates are prohibited from speaking during meals in the dining hall.[1] In August 2004, the United States District Court for the District of Delaware dismissed the plaintiffs' due process claims and vicarious liability claims against former Attorney General Jane Brady as frivolous under 28 U.S.C. § 1915A(b)(1). The court later awarded summary judgment to the DCC officials on the rest of the claims. A handful of plaintiffs in the suit filed this timely appeal.[2]

Because the appellants are proceeding in *forma pauperis*, we must analyze the appeal for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B). Under § 1915(e)(2)(B), we must dismiss an appeal if the underlying action (i) is frivolous or malicious, (ii) fails to state a claim upon which relief may be granted, or (iii) seeks monetary damages from a defendant with immunity. An appeal that lacks arguable merit should be dismissed under

§ 1915(e)(2)(B). *Neitzke v. Williams*, 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

First, we agree with district court's dismissal of appellants' due process claims and vicarious liability claims against Brady. To state a claim for relief under § 1983, a complaint must sufficiently allege a deprivation of a right secured by the constitution. *See Nami v. Fauver*, 82 F.3d 63, 65 (3d Cir.1996). Even accepting as true all of the factual allegations in the complaint, as well as all reasonable inferences that can be drawn from them, *see id.*, the appellants did not allege that they had a constitutionally protected liberty interest. Losing privileges, receiving disciplinary action and being re-classified at a certain security level do not constitute "atypical and significant hardship[s] on the inmate in relation to the ordinary incidents of prison life." *Sandin v. Conner*, 515 U.S. 472, 484, 115 S.Ct. 2293, 132 L.Ed.2d 418 (1995). The appellants' claim that Brady was vicariously liable for the actions of prison officials was also flawed because she did not supervise the DCC officers and employees, and she could not be held liable in a § 1983 suit based on vicarious liability theory, in any event. *See City of Canton v. Harris*, 489 U.S. 378, 385–90, 109 S.Ct. 1197, 103 L.Ed.2d 412 (1989); *Rouse v. Plantier*, 182 F.3d 192, 200 (3d Cir.1999).

This appeal also lacks arguable merit because the district court correctly awarded summary judgment to the appel-

---

1. Initially, nearly 200 inmates signed on to the complaint. The plaintiffs were never certified as a class, and only about 23 plaintiffs ultimately pursued the action to its conclusion in the district court.

2. Detlef F. Hartmann and William Hawkins are the sole remaining appellants in this action and have been granted in *forma pauperis* status. A fourth appellant, Ricky A. Whitfield–Bey, never submitted additional documents, including a motion to proceed *in for-*

*ma pauperis*, an affidavit of poverty, a prison account statement, and authorization to withdraw funds, as ordered by the Clerk of this Court on February 3, 2006. He will be dismissed from the appeal and his motion for counsel will be denied. Another plaintiff in the action below, Nathaniel Bagwell, filed a separate appeal but that appeal was dismissed on August 2006 for failure to pay fees. *See Bagwell v. McCreanor, et al.*, C.A. No. 05–4197 (order entered on Aug. 28, 2006).

lees on the remaining claims that the "no talking during meals" policy violated appellants' constitutional rights. Under *Turner v. Safley*, 482 U.S. 78, 89, 107 S.Ct. 2254, 96 L.Ed.2d 64 (1987), a prison regulation that impinges upon a prisoner's constitutional rights is valid as long as the regulation "is reasonably related to legitimate penological interests." This analysis "presupposes that the plaintiff inmate has demonstrated that a constitutionally protected interest is at stake." *Jones v. Brown*, 461 F.3d 353, 358 (3d Cir.2006) (quoting *DeHart v. Horn*, 227 F.3d 47, 51 (3d Cir.2000) (en banc)).

We agree with the analysis conducted by the district court under *Turner*. In light of the affidavit by Deputy Warden David Pierce, the "no talking" policy is rationally related to the DCC's interests at stake. The other *Turner* factors also weigh in the appellees' favor.[3] For similar reasons, we are satisfied that there is no Eighth Amendment violation. *See Tillman v. Lebanon County Correctional Facility*, 221 F.3d 410, 417–419 (3d Cir.2000).[4]

We will dismiss the appeal pursuant to 28 U.S.C. § 1915(e)(2)(B). Ricky A. Whitfield–Bey's motion for counsel will be denied.

---

3. The inmates clearly have alternative means for exercising their First Amendment rights, considering that they are allowed to talk with one another when they are outside of the dining hall, which is the majority of the day. Pierce's affidavit also demonstrated that an accommodation would have a significant impact on fellow inmates, corrections personnel, and the allocation of resources in the prison, and, further, none of the alternatives proposed by the inmates would have a *de minimis* effect on penological interests. Of course, particular deference must be accorded to prison officials in this assessment. *See Turner*, 482 U.S. at 90, 107 S.Ct. 2254; *Jones v.*

*North Carolina Prisoners' Labor Union*, 433 U.S. 119, 131, 97 S.Ct. 2532, 53 L.Ed.2d 629 (1977). Given these factors, the regulation here satisfies the reasonable relationship test.

4. The Equal Protection claim raised in the complaint, i.e., that the policy was enforced against African American inmates and not white inmates, apparently centered upon allegations made by Nathaniel Bagwell. *See* D.Ct. Dkt. # 1, p. 30–31. Since he is not a party to this appeal, his claim need not be addressed here.